(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

Bryan James Walters
_____
_____

**Plaintiff(s)**

v.

Internal Revenue Service
Social Security Administration
_____
_____

**Defendant(s)**

FILED BY _____ D.C.

JUL 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Notice of Hearing / Complaint
*(TITLE OF DOCUMENT)*

I, Bryan James Walters _____ plaintiff or defendant, in the above styled cause, suem the defendents who are responsible by vicarious liability. They have breached their duty and conducted an investigation in my social security without my knowledge. I have been charged for tax information which I filed in 2018 and have been neglected from jobs and more. The department have violated my civil rights and I am seeking to be compensated monetarily for the time consumed in their investigation.

This is also a notice of hearing for the plaintiffs case to be heard in the Southern District of Florida court, by a magistrate judge to schedule a time for trial.

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

_____

_____

By:

Bryan James Walters
_____
Printed or typed name of Filer

_____
Florida Bar Number

_____
Phone Number

_____
Street Address

_____
City, State, Zip Code

Bryan Walters
_____
Signature of Filer

bryan.walters001@mymdc.net
_____
E-mail address

_____
Facsimile Number