**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-22893-KMM

BRYAN JAMES WALTERS,

  Plaintiff,

v.

INTERNAL REVENUE SERVICE, *et al.*,

  Defendants.

              /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon *pro se* Plaintiff Bryan James Walters's

Application for Leave to Proceed *In Forma Pauperis* ("IFP"). ("Mot.") (ECF No. 4). The matter

was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, who issued a

Report and Recommendation recommending that Plaintiff's Motion be DENIED. ("R&R") (ECF

No. 10). Plaintiff did not file objections and the time to do so has passed. The matter is now ripe

for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Becerra finds that (1) the screening provisions

of 28 U.S.C. § 1915(e) apply because Plaintiff moved to proceed IFP and (2) Plaintiff's Amended

Complaint should be dismissed for failure to allege sufficient factual matter. R&R at 1–3.

Specifically, Magistrate Judge Becerra concludes that "[a]lthough Plaintiff's Amended Complaint

cites to [42 U.S.C. § 1983], it fails to provide any factual or evidentiary support to substantiate his

claim." *Id.* at 4. This Court agrees.

Accordingly, UPON CONSIDERATION of the Amended Complaint, the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 10) is ADOPTED.  It is FURTHER ORDERED that:

1.    Plaintiff Bryan James Walters's Amended Complaint (ECF No. 9) is DISMISSED WITHOUT PREJUDICE for failure to state a claim;

2.    The Clerk of Court is instructed to CLOSE this case; and

3.    All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of February, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc:  Bryan James Walters
     200 East Las Olas
     Fort Lauderdale, FL 33301
     PRO SE